# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 1121 | **DATE** | 3/27/2001 |
| **CASE TITLE** | Joe Luis Rosado vs. Chgo Police Officer Kavanaugh etc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. In the meantime, we deny the August 25, 2000, motion for fees, more as a matter of judicial housekeeping than anything else. We can revisit the matter pursuant to the December motion at a later time, hopefully aided by the course of this litigation since then. Status hearing set for April 3, 2001 at 9:45am. (18-2)

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | MAR 27 2001 | |
| | Notified counsel by telephone. | | date docketed | 43 |
| ✓ | Docketing to mail notices. | | | |
| | Mail A 450 form. | FILED FOR DOCKETING | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 01 MAR 27 PM 3:10 | | |
| WAH | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOE LUIS ROSADO,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　　　　) 　No. 00 C 1121
　　　　　　　　　　　　　　　　　　)
CHICAGO POLICE OFFICER　　　　　　)
KAVANAUGH, Star #18964. et al,　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　)

DOCKETED
MAR 27 2001

## MEMORANDUM OPINION AND ORDER

This case had a rather frantic beginning, which prompted, among other things, two motions for attorneys' fees. Since a December 7, 2000, status hearing things seem to have calmed down somewhat – at least, we have not been advised of any confrontations since then. We will, moreover, be brought up to date at a status next week, and we will be interested to know why the City has answered but the individual officers have not. In the meantime, we deny the August 25, 2000, motion for fees, more as a matter of judicial housekeeping than anything else. We can revisit the matter pursuant to the December motion at a later time, hopefully aided by the course of this litigation since then.

　　　　　　　　　　　　　　　　　　　　　　　　　JAMES B. MORAN
　　　　　　　　　　　　　　　　　　　　　　　　　Senior Judge, U. S. District Court

March 27, 2001.